## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:17CR3004** |
| Plaintiffs, | |
| vs. | **ORDER** |
| ISAIAH BROWN, WAKONDA HAZEL, BAJAH PITTMAN, and BRENIS VAUGHN, | |
| Defendants. | |

Plaintiff, United States of American has moved to extend the deadline for Plaintiff's response to the motions of Defendants Brown, Hazel, Pittman, and Vaughn. (Filing No. 148). Plaintiff requires additional time to gather copies of applications and orders and other supporting documents and material that relate to the defendants' motions. The motion is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to continue, (Filing No. 148), is granted.

2) Plaintiff's response to the motions to suppress of Defendants Brown, Hazel, Pittman, and Vaughn shall be filed on or before June 26, 2017.

Dated this 20th day of June, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge