IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3004 |
| vs. | ORDER |
| ISAIAH BROWN, WAKONDA HAZEL, and BAJAH PITTMAN, | |
| Defendants. | |

This matter is before the Court on defendants Bajah Pittman, Isaiah Brown, and Wakonda Hazel's objections (filing 236) to the Magistrate Judge's Findings and Recommendation (filing 218) denying the defendants' motions to suppress (filing 134; filing 136; filing 138). Having conducted a *de novo* review of the record, the Court finds that the Magistrate Judge's Findings and Recommendation are correct in all respects. Accordingly, the defendants' objections to the Magistrate Judge's Findings and Recommendation will be overruled.

IT IS ORDERED:

1. The pending motions to adopt defendant Pittman's objection and briefing (filing 237; filing 239) are granted.

2. The Magistrate Judge's Findings and Recommendation (filing 218) are adopted.

3. The defendants' objections (filing 236) to the Findings and Recommendation are overruled.

4. Defendant Isaiah Brown's motion to suppress (filing 134) is denied.

5. Defendant Wakonda Hazel's motion to suppress (filing 136) is denied.

6. Defendant Bajah Pittman's motion to suppress (filing 138) is denied.

Dated this 20th day of September, 2017.

BY THE COURT:

/s/ John M. Gerrard
John M. Gerrard
United States District Judge